## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

---

## NOT  DESIGNATED  FOR  PUBLICATION

---

Kenneth Montgomery
In Proper Person
P. O. Box 2017
Lake Charles LA 70602


### REHEARING ACTION: June 16, 2010


**Docket Number: 10   00224-KH**

**STATE OF LOUISIANA**
**VERSUS**
**KENNETH MONTGOMERY**

**Writ Application from Calcasieu Parish Case No. 18150-08**


**BEFORE JUDGES:**

   Hon. Jimmie C. Peters
   Hon. Elizabeth A. Pickett
   Hon. James T. Genovese



As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kenneth W. Montgomery** has this day been

   **DENIED.**


cc: John Foster DeRosier, Counsel for  the Respondent